W. F. BETTS v. T. F. BULLA, ALBERT TAYLOR AND JOHN G. PREVETTE.

APPEAL by plaintiff from *Bobbitt, J.,* March Term, 1950, RANDOLPH.

Motion by defendants, appellees, to dismiss on the ground that the election sought to be restrained has been held and therefore the question involved has become moot.

BARNHILL, J., for the Court:   Motion allowed and appeal dismissed on authority of *Saunders v. Bulla, ante,* 578.   This 1 November, 1950.